

# THE MUSLIMS OF AMERICA, INC.

HONORABLE HUSSEIN ADAMS, *CHIEF EXECUTIVE*
HONORABLE KHADIJAH SMITH, *ASSISTANT CHIEF EXECUTIVE*
HONORABLE KHADIJA A. SALAAM, *TREASURER*

**FILED**

JUN 1 8 2015

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

June 10, 2015

Senior Judge Curtis Collier
United States District Court
Eastern District of Tennessee
900 Georgia Avenue, Room 317
Chattanooga, TN 37402

Re:    US vs. Robert Doggart Case No. 1:15-CR-0039

Dear Judge Collier:

We write as a follow-up to our communication of May 18, 2015 to this Court. As the Court is aware, we are the trustees of The Muslims of America, a religious organization incorporated under the laws of New York state and headquarted in Hancock, Islamberg NY. Our organization owns the mosque and ancillary buildings located on the property, which was targeted by Defendant Robert R. Doggart for destruction prior to his April 2015 arrest.

We respectfully move this court, pursuant 18 U.S.C. § 3771 (a) (1) (4) to allow us as victims in this matter to be heard on the issue of Mr. Doggart's plea agreement currently pending.

We respectfully do not believe that the plea arrangement is fair, reasonable or in the interest of justice as it relates to us as victims or to society as a whole.

We welcome the opportunity to come before Your Honor to offer an opinion as to what should be considered in any disposition of this case. We find it ironic and disappointing that Mr. Doggart stated during his terror attack planning that he wished not to die while killing the residents of Islamberg, and instead he wished to return home to the family he loved. Now, he is indeed home under house arrest and being cared for by the family who provides him love and comfort. Where is the punishment for his evil and criminal actions?

---

**United States**
**Headquarters**
2732 Roods Creek Rd, B-31
Hancock, NY 13783

**Canada**
111 Hasanville Lane,
Barry's Bay, Ontario KoJ 1Bo

**South America**
Piso 4, Edificio LaPrevisora,
Distrito Capital, Caracas,
Venezuela

**Caribbean**
LP 57 Toussaint Rd,
Las Lomas, Trinidad &
Tobago

(607) 467-4677          www.IQOU-MOA.org          info@iqou-moa.org

Should the Court require any further information or further briefing on this issue, the victim is prepared to offer it.

Thank you for your consideration of this matter.

Sincerely,

Hussein Adams
Chief Executive
The Muslims of America, Inc.
(267) 549-8546
info@iqou-moa.org

Khadijah Smith
Assistant Chief Executive
The Muslims of America, Inc.
(607) 624-7762
info@iqou-moa.org

CC:
P. Piper, Esq. for the United States, Janie Parks Varnell & Bryan Hoss, Esq. for the Defendant

(all by email)

| United States | Canada | South America | Caribbean |
|---|---|---|---|
| **Headquarters** | 111 Hasanville Lane, | Piso 4, Edificio LaPrevisora, | LP 57 Toussaint Rd. |
| 2732 Roods Creek Rd, | Barry's Bay, Ontario | Distrito Capital, Caracas, | Las Lomas, Trinidad & |
| B-31 | KoJ 1Bo | | Tobago |
| (607) 467-4677 | | www.IQOU-MOA.org | info@iqou-moa.org |

Case 1:15-cr-00039-CLC-SKL   Document 28   Filed 06/18/15   Page 2 of 3   PageID #: 280

uslims of America, Inc.
Roods Creek Rd. #B31
ck, NY 13783




U.S. POSTAGE
PAID
BINGHAMTON, NY
13902
JUN 12 15
AMOUNT
**$1.20**
R2303S102006-07

1000            37402



Senior Judge Curtis Collier
US District Court
Eastern District of Tennessee
900 Georgia Ave, Rm. #317
Chattanooga, TN 37402