# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT of TENNESSEE
# at CHATTANOOGA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **1:15-cr-39** |
| | ) | |
| v. | ) | **Judge Collier** |
| | ) | **Magistrate Judge Lee** |
| **ROBERT R. DOGGART** | ) | |

## ORDER ON MOTION TO UNSEAL WIRETAP CONTENTS AND RELATED DOCUMENTS

Before the Court is a motion by the government to unseal the wiretap and related documents in this case. (R. 31, Motion to Unseal.) This Court (the Honorable Harry S. Mattice, Jr.) authorized interception of a cellular telephone located in the Eastern District of Tennessee pursuant to Title 18, United States Code, §§ 2510 *et seq* (Title III). Interception began on March 15, 2015, and concluded on April 10, 2015.

As grounds for the unsealing, the government notes that an individual in South Carolina had been intercepted during the course of the wiretap, and based in part on the intercepted conversations, this individual was charged with federal offenses in the District of South Carolina. The government asks that the Court unseal the documents in order for the government to comply with its discovery requirements in the South Carolina case.

After reviewing the government's motion, the Court finds that the motion is well taken and will unseal the documents related to the T-III wiretap in the above captioned case. It is therefore ORDERED that the documents and other materials in this case be UNSEALED. This Order will apply to the affidavit, application and order for the wiretap, as well as all other interim

reports filed with the Court (in case number 1:15-MC-7). Also, the contents of the wire itself (the recorded conversations) will also be unsealed.

Ordered this the _____ day of July, 2015.

    SO ORDERED.

    ENTER:

                                                  s/ *Susan K. Lee*
                                                  SUSAN K. LEE
                                                  UNITED STATES MAGISTRATE JUDGE