UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

FILED
2015 JUL -7 P 12: 02
U.S. DISTRICT COURT
EASTERN DIST. TN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:15-cr-_____ |
| v. | ) | Judges _____ |
| | ) | |
| ROBERT R. DOGGART | ) | |

## MOTION TO TRANSFER

COMES NOW the United States of America by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and Perry H. Piper, Assistant United States Attorney, and requests this court to transfer the above-styled case from the Knoxville Division of the Eastern District of Tennessee to the Chattanooga Division of the Eastern District of Tennessee. The Grand Jury returned an Indictment on July 7, 2015, in the Knoxville Division of the Eastern District of Tennessee charging an offense committed in the Chattanooga Division of the Eastern District of Tennessee. This case is properly triable in the Chattanooga Division.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: _____
Perry H. Piper
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
(423) 752-5140

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Piper H. Piper
Assistant United States