UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

FILED

2015 JUL -7 P 12: 02

U.S. DISTRICT COURT
EASTERN DIST. TE...

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 3:15-cr-_____ |
| v. ) | Judges _____ |
| ) | |
| ROBERT R. DOGGART ) | |

## ORDER

It appearing that in the above-styled case that a Indictment was returned in the Knoxville Division of the Eastern District of Tennessee charging offenses committed in the Chattanooga Division of the Eastern District of Tennessee and properly triable in the Chattanooga Division,

IT IS ORDERED that the Clerk place said case directly upon the docket for the Chattanooga Division without the necessity of placing it upon the docket for the Knoxville Division of this District.

Enter:

UNITED STATES MAGISTRATE JUDGE