UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:15-cr- |
| v. | ) | |
| | ) | Judge |
| ROBERT R. DOGGART | ) | Magistrate Judge |

## INDICTMENT

### COUNT ONE

**Solicitation to Commit a Civil Rights Violation**

The Grand Jury charges that beginning in or about February, 2015, and continuing until in or about April, 2015, in the Eastern District of Tennessee and elsewhere, the defendant, ROBERT R. DOGGART, with the intent that another person or persons engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person and property of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade such person or persons to engage in such conduct, that is, to damage and destroy religious property (a mosque), knowing the religious nature of the property, in the State of New York, in violation of Title 18, United States Code, Section 247, in violation of Title 18, United States Code, Section 373.

A TRUE BILL:

GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

By: _____
Perry H. Piper
Assistant United States Attorney

By: _____
Saeed A. Mody
Trial Attorney
Civil Rights Division